```
                                          FILED

                                       08 SEP -3 PM 2:36

                                       CLERK, U.S. DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA

                                       BY:              [signature]
                                                        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand J[ury]  '08 CR 2974 BTM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; |
| ALEX SANTANA, ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with |
| Defendant. ) | Intent to Distribute |

The grand jury charges:

Count 1

On or about August 12, 2008, within the Southern District of California, defendant ALEX SANTANA did knowingly and intentionally import 50 kilograms and more, to wit: approximately 76.32 kilograms (167.90 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

GFN:fer:Imperial
9/2/08

                                    Count 2

On or about August 12, 2008, within the Southern District of California, defendant ALEX SANTANA did knowingly and intentionally possess, with intent to distribute, 50 kilograms and more, to wit: approximately 76.32 kilograms (167.90 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: September 3, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
GREGORY F. NOONAN
Assistant U.S. Attorney